UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTCHENKO, et al.,<br><br>　　　　Plaintiff(s)<br><br>　v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC, et al.,<br><br>　　　　Defendant(s) | Civil Action No. 14-cv-6470<br><br>**JURY TRIAL DEMANDED** |

## AFFIDAVIT OF SERVICE

I, Arkady "Eric" Rayz, Esquire, hereby certify that true and correct copies of the Summons, Complaint and accompanying documents, if any, in the above-referenced matter were mailed to the following parties, on or about November 13, 2014, via First Class Mail and via simultaneous Certified Mail, Return Receipt Requested (hereinafter "CMRRR"), as evidenced by the transmittal letters and signed receipts from the certified mailings attached hereto.

Exhibit "A"　　　JEFFERSON CAPITAL SYSTEMS, LLC　　　CMRRR: 11/17/14
　　　　　　　　　16 McLeland Road
　　　　　　　　　St. Cloud, MN 56303

**(SIGNATURE ON THE NEXT PAGE)**

1

 

_____
Arkady "Eric" Rayz
Attorney(s) for Plaintiff(s)
Kalikhman & Rayz, LLC
1051 County Line Road, Unit "A"
Huntingdon Valley, PA 19006
Phone: (215) 364-5030
Fax: (215) 364-5029
E-mail: erayz@kalraylaw.com

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me by _Eric Rayz_, on the _21st_ day of _November_, 20_14_.

_____
Notary Public
State of _Pennsylvania_
County of _Bucks_
My commission expires: _10/13/18_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LAWRENCE KALIKHMAN
Notary Public
SOUTHAMPTON TWP., BUCKS COUNTY
My Commission Expires Oct 13, 2018

# EXHIBIT "A"



## KALIKHMAN & RAYZ, LLC
### ATTORNEYS AND COUNSELORS AT LAW

1051 COUNTY LINE ROAD, SUITE "A"   HUNTINGDON VALLEY, PA 19006
PHONE: (215) 364-5030   FAX: (215) 364-5029

November 13, 2014

**Via U.S. Mail and Certified Mail (RRR)**

JEFFERSON CAPITAL SYSTEMS, LLC
16 McLeland Road
St. Cloud, MN 56303

    **RE:** Martchenko v. Jefferson Capital Systems, LLC
      U.S. District Court for the Eastern District of Pennsylvania
      Docket No. 14-cv-6470

To Whom It May Concern:

  Enclosed, please find a Summons in a Civil Action and a copy of the Complaint filed in the above-referenced matter.

  If you have any questions, please do not hesitate to contact me.

            Sincerely,

            Eric Rayz, Esquire

ER/ib

Encs.

U.S.P.S. Form 3811 No. 7012 2210 0000 4094 4855

WWW.KALRAYLAW.COM

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Mary J. Nelson*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jeffeson Capital Systems, LLC<br>16 McLeland Rd.<br>St. Cloud, MN 56303 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:   ☐ No |
| | 3. Service Type<br>☐ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ Collect on Delivery |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7012 2210 0000 4094 4855 |

PS Form 3811, July 2013         Domestic Return Receipt